PROB 12B
(7/93)

Report Date: August 5, 2010

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 6 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: DeeAnn Musgrave                Case Number: 2:10CR00109-1

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 6/11/2007             Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute 500 Grams    Date Supervision Commenced: 07/23/2010
or More of Methamphetamine, 21 U.SC. § 841(a)(1)
ad 846

Original Sentence: Prison - 57 Months; TSR - 60    Date Supervision Expires: 07/22/2015
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

15   You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

DeeAnne Musgrave was asked whether she would waive her right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Ms. Musgrave has agreed to the proposed modifications.

Prob 12B

**Re: Musgrave, DeeAnn**
**August 5, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/05/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

August 6, 2010
Date